## 27443. SCOTT v. THE STATE.

GUNTER, Justice. This appeal comes here after a conviction for murder and a sentence of life imprisonment.

We have reviewed the record and the entire transcript of the proceedings in the trial court. The evidence amply sustains the verdict of guilty returned by the jury.

We further find no error to have been committed in the trial court.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 12, 1972 — DECIDED JANUARY 5, 1973.

James Scott, *pro se.*

*Clete D. Johnson, District Attorney, Arthur K. Bolton, Attorney General,* for appellee.